IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　*　　CRIM. NO. 20-185-8
　　　　　　　　　　　　　　　　　*
DASHION KELSON　　　　　　　　　*
　　　　　　　　　　　　　　　　*****

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

☑  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑  Video Teleconferencing

☐  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

　　☐  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

　　☐  Other:

Date:   10/07/2021

_____
Honorable Brian R. Martinotti
United State District Judge