# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

Judge:   BRIAN R. MARTINOTTI                          Date:    08/03/22
Court Reporter:   Tammera Witte                       Docket No: 2:20-cr-185-08

<u>Title of the Case</u>:

UNITED STATES OF AMERICA
v.
DASHION KELSON

<u>Appearances</u>:

Francesca Liquori, AUSA
Stephen Turano, Attorney for Defendant
Susan Smalley, Chief USPO

<u>Nature of Proceedings</u>:

Defendant present & sworn
Order Regarding Use of Video Conferencing fld.
SENTENCE: 72 Months on each of Counts 30 and 37 of the 3rd Superseding Information, to run concurrent
SUPERVISED RELEASE: 3 Years per court, to run concurrent.
Special Assessment: $200 (due immediately)
Special Conditions:
·       Consent to Search
·       Life Skills/Education
·       Motor Vehicle Compliance
·       No Gangs
Fine:  WAIVED
Recommendation to BOP: a facility for service of this sentence close to defendant's family/home &
Hearing on Govt's application to Dismiss Counts 1, 31-36 3rd Superseding Indictment.  Court ordered application granted.
Defendant was advised of his right to appeal.
Court Ordered Deft Remanded.

                                        Lissette Rodriguez, Courtroom Deputy
                                        to the Hon. Brian R. Martinotti

Commenced: 10:55 am
Concluded:   12:00 pm