UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *    CRIM. NO. 20-185-6 |
| | * |
| DASHION KELSON | * |
| | * |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the operative COVID-19 standing orders, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[ ] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

In light of the ongoing Covid-19 health crisis and the related Standing Orders, the defendant has consented to proceed by video conference.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

　　[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

　　[ ] Other:

Date: August 3, 2022

_____
Honorable Brian Martinotti
United States District Judge